1  WILKE FLEURY LLP
   DANIEL L. EGAN (SBN 142631)
2  degan@wilkefleury.com
   STEVEN J. WILLIAMSON (SBN 238869)
3  swilliamson@wilkefleury.com
   JASON G. ELDRED (SBN 327148)
4  jeldred@wilkefleury.com
   621 Capitol Mall, Suite 900
5  Sacramento, California 95814
   Telephone:     (916) 441-2430
6  Facsimile:     (916) 442-6664

7  Attorneys for Defendants
   KYLE M. LOHSE and BILL D. RINGER,
8  TRUSTEE OF THE DEFENSE FUND TRUST
   DATED 1/18/2017

9

10              UNITED STATES DISTRICT COURT

11       EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

12

13  UNITED STATES OF AMERICA,              Case No. 2:22-cv-01611-KJM-AC

14                  Plaintiff,             **JOINT STIPULATION AND ORDER**
                                           **MODIFYING SCHEDULING ORDER TO**
15           v.                            **EXTEND DISCOVERY CUTOFF DATE**

16  INES CROSBY; KYLE M. LOHSE; and BILL
    D. RINGER, TRUSTEE OF THE DEFENSE
17  FUND TRUST DATED 1/18/2017,

18                  Decedents.

19

20          Defendants KYLE M. LOHSE and BILL D. RINGER, TRUSTEE OF THE DEFENSE

21  FUND TRUST DATED 1/18/2017, Defendant INES CROSBY, and Plaintiff, UNITED STATES

22  OF AMERICA, hereby stipulate as follows:

23          1.    The Court issued its scheduling order on December 16, 2022. (Docket 19.)

24          2.    Pursuant to the Court's December 16, 2022 scheduling order, written discovery is to

25  be completed by July 28, 2023.

26          3.    The United States propounded its first set of written interrogatories, requests for

27  production, and requests for admission on Defendant Kyle Lohse and Defendant Bill Ringer on

28  June 2, 2023 (the "First Set of Discovery".)

WILKE FLEURY LLP
ATTORNEYS AT LAW
SACRAMENTO

3189041.1                          -1-
JOINT STIPULATION AND ORDER MODIFYING SCHEDULING ORDER TO EXTEND DISCOVERY
CUTOFF DATE

4.     The United States propounded its second set of requests for admission on Defendant Kyle Lohse on June 6, 2023 (the "Second Set of Discovery".)

5.     The deadline for Defendants Kyle Lohse and Bill Ringer to respond to the First Set of Discovery is July 3, 2023, and the deadline for Defendant Kyle Lohse to respond to the Second Set of Discovery is July 6, 2023.

6.     Due to the impacted schedules of defense counsel, and for Defendants Kyle Lohse and Bill Ringer, additional time is needed to respond to the First Set of Discovery and the Second Set of Discovery.

7.     Defense counsel requested a three-week extension to respond to the First Set of Discovery and Second Set of Discovery. Counsel for the United States expressed concerns about the discovery deadline, and the United States' ability to meet and confer, file any appropriate discovery motions, or take any necessary depositions based on the defendants' responses.

8.     In light of the upcoming discovery July 28, 2023 discovery deadline, the parties have stipulated and agreed to extend the written discovery deadline to September 15, 2023 to allow the parties to complete discovery. This will also allow the parties sufficient time to meet and confer, file discovery motions, and take depositions, if necessary. The parties seek to modify only this date, and to keep the remaining dates in the Court's December 16, 2022 scheduling order in effect. This Stipulation will not affect the trial date.

## I.
## STIPULATION

IT IS HEREBY STIPULATED between the Parties, through their respective counsel of record, to request that the Court modify the scheduling order for good cause to provide that:

1.     The current discovery cutoff date of July 28, 2023 is to be continued by a period of approximately six weeks, with the new cutoff date to be September 15, 2023.  All discovery is to be completed by the new discovery cutoff date, including depositions, resolution of all discovery

/ / /

/ / /

/ / /

WILKE FLEURY LLP
ATTORNEYS AT LAW
SACRAMENTO

3189041.1

JOINT STIPULATION AND ORDER MODIFYING SCHEDULING ORDER TO EXTEND DISCOVERY CUTOFF DATE

1  disputes, and compliance with discovery orders. All other deadlines in the Court's December 16,

2  2022 scheduling order are unaffected by this Stipulation.

3      Respectfully submitted,

4  DATED:  June ___, 2023          WILKE FLEURY LLP

5

6                                  By: _____

7                                          JASON G. ELDRED
                                        Attorneys for Defendants
8                                   KYLE M. LOHSE and BILL D. RINGER,
                                    TRUSTEE OF THE DEFENSE FUND TRUST
9                                         DATED 1/18/2017

10

11  DATED:  June 27_, 2023          PHILLIP A. TALBERT
                                    UNITED STATES ATTORNEY
12

13                                      /s/ Lynn Trinka Ernce (as authorized on June 27,
                                    By: 2023)
14                                      Lynn Trinka Ernce
                                        Assistant United States Attorney
15                                      Attorneys for Plaintiff
                                        UNITED STATES OF AMERICA
16

    DATED:  June 27, 2023           GRIFFITH & HORN, LLP
17

18
                                        /s/ David R. Griffith (as authorized on June 27,
19                                  By: 2023)
                                        David R. Griffith
20                                      Attorneys for Defendant
                                        INES CROSBY
21

22

23

24

25

26

27

28

3189041.1

JOINT STIPULATION AND ORDER MODIFYING SCHEDULING ORDER TO EXTEND DISCOVERY
CUTOFF DATE

1

## <u>ORDER</u>

2      The above stipulation is approved as to the Court's scheduling order. The discovery cutoff

3  date in this matter is hereby reset from July 18, 2023 to September 15, 2023. All discovery is to be

4  completed by September 15, 2023, including depositions, resolution of all discovery disputes, and

5  compliance with discovery orders. All other deadlines in the Court's December 16, 2022 scheduling

6  order remain in effect as set forth therein.

7      **IT IS SO ORDERED.**

8  DATED:  July 5, 2023.

9

10  _____

11  CHIEF UNITED STATES DISTRICT JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

WILKE FLEURY LLP
ATTORNEYS AT LAW
SACRAMENTO

3189041.1

JOINT STIPULATION AND ORDER MODIFYING SCHEDULING ORDER TO EXTEND DISCOVERY
CUTOFF DATE