UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>    v.<br><br>John A. Crosby, et al.,<br><br>    Defendants. | No. 2:23-CV-01440-DAD-DB |
| United States of America,<br><br>    Plaintiff,<br><br>    v.<br><br>Ines Crosby, et al.,<br><br>    Defendants. | No. 2:22-cv-01611-KJM-AC<br><br>RELATED CASE ORDER |

    Examination of the above-captioned actions reveals they are related within the meaning of Local Rule 123(a).  The cases involve similar legal claims and similar allegations by the United States in its effort to enforce criminal restitution judgments.  Accordingly, the assignment of these matters to the same judge is likely to effect a substantial savings of judicial effort and is likely to be convenient for the parties.

The parties should be aware that relating cases under Rule 123 causes the actions to be assigned to the same judge—it does not consolidate the actions. Under Rule 123, related cases are generally assigned to the judge and magistrate judge to whom the first filed action was assigned.

As a result, it is hereby ORDERED that 2:23-cv-01440-DAD-DB is reassigned from District Judge Dale A. Drozd to the undersigned and from Magistrate Judge Deborah Barnes to Magistrate Judge Allison Claire. The caption on documents filed in the reassigned case shall be shown as 2:23-cv-01440-KJM-AC.

It is further ORDERED that the Clerk of the Court make appropriate adjustment in the assignment of civil cases to compensate for this reassignment.

IT IS SO ORDERED.

DATED: August 10, 2023.

CHIEF UNITED STATES DISTRICT JUDGE