PHILLIP A. TALBERT
United States Attorney
LYNN TRINKA ERNCE
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>INES CROSBY, ET AL.,<br><br>          Defendants. | CASE NO.  2:22-CV-01611 KJM AC<br><br>**STIPULATION AND ORDER RE DISPOSITIVE MOTION BRIEFING SCHEDULE** |

Plaintiff United States of America, and defendants Ines Crosby, Kyle M. Lohse, and Bill D. Ringer, Trustee of the Defense Fund Trust dated January 18, 2017, by and through their respective counsel, hereby stipulate and agree as follows:

1. The Court's scheduling order requires that any dispositive motions be heard no later than January 26, 2024.  ECF 19.

2. The United States and defendants Lohse/Ringer intend to file summary judgment motions to be heard on the Court's January 26, 2024 civil law and motion calendar.

3. Counsel for the United States is scheduled to be on leave from November 21-27, 2023, the last two weeks of December 2023, and the first week of January 2024.  To accommodate counsel's planned absences, and given the upcoming Thanksgiving, winter, and new year holidays, the parties have agreed to request that the Court approve and order the following briefing schedule:

///

///

STIPULATION AND ORDER RE DISPOSITIVE MOTION BRIEFING SCHEDULE           1

<u>Briefing Schedule</u>

| | |
|---|---|
| MSJs due on: | November 17, 2023 |
| Oppositions due: | December 15, 2023 |
| Replies due: | January 15, 2024 |
| Hearing: | January 26, 2024 |

Respectfully submitted,

Dated: November 8, 2023

PHILLIP A. TALBERT
United States Attorney

By: */s/ Lynn Trinka Ernce*
LYNN TRINKA ERNCE
Assistant United States Attorney

Dated: November 8, 2023        WILKE FLEURY LLP

 /s/ Daniel L. Egan (as authorized 11/8/2023)
DANIEL L. EGAN
STEVEN J. WILLIAMSON
JASON G. ELDRED
Attorneys for Defendants Kyle M. Lohse and
Bill D. Ringer, Trustee of the Defense Fund Trust
dated 1/18/2017

Dated: November 8, 2023        GRIFFITH & HORN, LLP

 /s/ David R. Griffith (as authorized 11/7/2023)
DAVID R. GRIFFITH
Attorneys for Defendant Ines Crosby

**ORDER**

**IT IS SO ORDERED.**

DATED: November 14, 2023.

_____
CHIEF UNITED STATES DISTRICT JUDGE